UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDALL DEE RASBAND,<br><br>    Defendant. | Case No. CR 10-00270-S-BLW<br><br>ORDER GRANTING APPLICATION FOR WRIT OF EXECUTION |

    This matter having come before the Court pursuant to Application (Doc. 17) of the United States of America for a Writ of Execution against the Defendant, Randall Dee Rasband, and no objection having been heard, and good cause appearing therefor;

    IT IS HEREBY ORDERED that the Application for Writ of Execution is hereby approved.

DATED: **March 3, 2011**

_____
B. LYNN WINMILL
Chief Judge
United States District Court