IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-00270-S-BLW |
| ) | |
| vs. ) | |
| ) | **ORDER FOR REMISSION AND** |
| RANDALL DEE RASBAND, ) | **AMENDED JUDGMENT** |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Plaintiff's Unopposed Joint Petition to Remit Restitution (Dkt. 21) which the Court will construe as a motion to remit the $7,500 fine previously imposed at sentencing and to amend the Judgment (Dkt. 15) to reflect the resolution of victim A.M.'s restitution claim obviating the need for the scheduled restitution hearing.  The Court has reviewed the Motion and finds that the proposed resolution of the pending restitution claim is fair and just under the circumstances of this case and based upon the agreement of the parties and the victim.  Accordingly,

    **IT IS ORDERED that:**

    1.    The Petition to Remit Restitution (Dkt. 21) construed as a motion to remit the fine in full and to amend the Judgment to provide for

restitution of $7,500 is **GRANTED**. Restitution shall be paid to victim A.M.

2. The Clerk of Court shall prepare an Amended Judgment to reflect a fine of $0 and restitution of $7,500 payment to victim A.M. in care of attorney James R. Marsh.

3. The restitution hearing scheduled for April 20, 2011 at 3:30 p.m. is **VACATED**.

DATED: **April 6, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court